No. 137. COMPANIA DE LOS FERROCARRILES DE PUERTO RICO, PLAINTIFF IN ERROR, *v.* KARL ROHRER ET AL.

In error to the District Court of the United States for Porto Rico. January 21, 1913. Dismissed with costs, pursuant to the tenth rule. *Mr. Francis H. Dexter* for the plaintiff in error. *The Attorney General* for the defendants in error.